■ MARQUITA ZIMMERMAN, Respondent, v SKATE KEY ROLLER RINK, INC., Appellant. [662 NYS2d 308] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered February 25, 1997, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

The motion was properly denied on the ground that there is an issue of fact as to whether defendant rented plaintiff a defective pair of roller skates. The expert report, opining that the cause of the skate wheel sticking was debris picked up while plaintiff was skating is inconclusive, and even the expert, who never examined the allegedly defective skate, did not presume to make "a precise determination of the failure * * * without the skate involved". To what extent, if any, defendant should be relieved of liability because of plaintiff's conduct after noticing the defect is a question of comparative negligence that should be left to the jury (see, Turcotte v Fell, 68 NY2d 432, 437-438). Concur—Rosenberger, J. P., Wallach, Rubin, Tom and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH WILLIAMS, Appellant. [662 NYS2d 118] —Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered October 31, 1995, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 17 years to life, unanimously affirmed.

In light of the language difficulty displayed by the complainant, the trial court properly exercised its discretion in permitting the prosecutor to pose some leading questions, and also properly posed its own questions, in an effort to clarify the testimony (see, People v Moulton, 43 NY2d 944). Contrary to defendant's current arguments, none of the testimony elicited could reasonably have suggested a positive identification by the complainant.

The court's Sandoval ruling was an appropriate exercise of discretion. We perceive no abuse of discretion in sentencing.

Defendant's additional claims of error are unpreserved for review as a matter of law and we decline to review them in the interest of justice. Concur—Rosenberger, J. P., Wallach, Rubin, Tom and Collabella, JJ.